JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERRARI BUSBY, | ) Case No. CV 15-02791-PA (DTB) |
| Petitioner, | ) |
| | ) JUDGMENT |
| vs. | ) |
| M. BITER, Warden, | ) |
| Respondent. | ) |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed with prejudice.

Dated: October 29, 2015

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

1